NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**APPISTRY, LLC,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON WEB SERVICES,
INC.,**
*Defendants-Appellees*
_____

2015-2077
_____

Appeal from the United States District Court for the Western District of Washington in No. 2:15-cv-00311-MJP, Judge Marsha J. Pechman.
-------------------------------------------------------------------------------

**APPISTRY, LLC,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON WEB SERVICES,
INC.,**
*Defendants-Appellees*
_____

2016-2417
_____

Appeal from the United States District Court for the Western District of Washington in No. 2:15-cv-01416-RAJ, Judge Richard A. Jones.

———————————

## ON MOTION

———————————

## O R D E R

Upon consideration of Appistry, LLC's unopposed motions to treat the above-captioned appeals as companion cases,

IT IS ORDERED THAT:

The motions are granted. The cases will be treated as companion cases and will be assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32